# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 8, 2011

142228

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

MICHAEL CARL COOLEY,
         Defendant-Appellant.

SC: 142228
COA: 292942
Hillsdale CC: 08-321794-FH

_____/

On order of the Court, the application for leave to appeal the October 19, 2010 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed whether offense variable (OV) 19 was properly scored at 10 points under MCL 777.49(c), because the defendant "interfered with or attempted to interfere with the administration of justice," based on his conduct in throwing away evidence and denying guilt.

The Criminal Defense Attorneys of Michigan and the Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 8, 2011

0405

_____
Clerk